FILED

JUN 2 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Mekbib G. Adgeh
2121 S. Hawry #427
Oklahoma City, OK 73108

vs. Plaintiff(s)   CIV 11-619-C

State of Oklahoma
Attorney General
State Capitol Building

Defendant(s)

Complaint

## MY LEGAL RIGHT TO HAVE MORE THAN ONE WIFE

1. The first amendment of United States constitution says Congress shall make no law respecting an establishment of religion or of prohibiting the free exercise thereof.

2. My Hebraism ( my Hebraist religion) is the only original religion made by God which exists blameless before the sight of Elohim (God). And in my debates 2005-7 ( 5765-7 Hebrew Calendar) 44-46 Hebraist Era, I have debated and defeated all of the world religious, business, economics, political as well as science leaders, proving the superiority of my Hebraism ( my Hebraist religion) over them all. We Hebraists uphold scriptural Judaism harmoniously with the teachings of our Hebrew Messiah Yeshua as noted in Genesis 17:1-14, Matthew 5:17, John 9:1-38, 14:15, Acts 15:5, 21:18-26, Revelation 15:3, 21:12,14. Accordingly, we Hebraists are granted by God, the religious right to have more than one wife:

2A) My Hebrew forefather the then Jacob ( Israel) had 6 wives as noted in Genesis 29-33.

2B) My Hebrew forefather the then King David had many wives as noted in 1 Samuel 16:12-13 to 2 Samuel 12:1-8.

2C) My Hebrew forefather the then King Solomon had 700 wives as noted in 1 Kings 11:13.

Therefore, the Oklahoma State law S43-124 infringes on my legal right to have more than one wife granted by the first amendment right of United States constitution. So, it is unconstitutional. Thus, I am requesting the court to revoke it.

Sincerely,
Mekbib Adgeh
405-605-6365